# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 24, 2017

Stephen J. Markman,
Chief Justice

Robert P. Young, Jr.
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

152448 & (133)

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellant,

v

                                  SC: 152448
                                  COA: 317892

TIA MARIE-MITCHELL SKINNER,        St. Clair CC: 10-002936-FC
      Defendant-Appellee.

_____/

On order of the Court, the joint motion for immediate consideration is GRANTED in part. The application for leave to appeal the August 20, 2015 judgment of the Court of Appeals is considered, and it is GRANTED. The parties shall address whether the decision to sentence a person under the age of 18 to a prison term of life without parole under MCL 769.25 must be made by a jury beyond a reasonable doubt, see *Apprendi v New Jersey*, 530 US 466, 476; 120 S Ct 2348; 147 L Ed 2d 435 (2000), in light of *Montgomery v Louisiana*, 577 US ___; 136 S Ct 718; 193 L Ed 2d 599 (2016), and *Miller v Alabama*, 567 US ___; 132 S Ct 2455; 183 L Ed 2d 407 (2012).

We direct the Clerk to schedule the oral argument in this case for the same future session of the Court when it will hear oral argument in *People v Hyatt* (Docket No. 153081).

The Criminal Defense Attorneys of Michigan and the Prosecuting Attorneys Association of Michigan are invited to file briefs amicus curiae. Other persons or groups interested in the determination of the issue presented in this case may move the Court for permission to file briefs amicus curiae.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 24, 2017



a0117

                                  Clerk